COM.

v.

**BODDY–JOHNSON, Z.**

**3029 EDA 2015**

Superior Court of Pennsylvania.

3/20/2017

CP–51–CR–0004485–2008
(Philadelphia)

Affirmed

COM.

v.

**OLIVER, T.**

**3452 EDA 2015**

Superior Court of Pennsylvania.

03/20/2017

CP–51–CR–0008556–2011
(Philadelphia)

Affirmed

COM.

v.

**PERRY, D.**

**3140 EDA 2015**

Superior Court of Pennsylvania.

03/20/2017

CP–51–CR–0010803–2014
(Philadelphia)

Affirmed

COM.

v.

**RICHARDSON, N.**

**3567 EDA 2015**

Superior Court of Pennsylvania.

03/20/2017

CP–51–CR–0012190–2008
(Philadelphia)

Affirmed